IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN GOWANS, III,<br>　　　　　　**Plaintiff,** | CIVIL ACTION |
| v. | |
| SEPTA,<br>　　　　　　**Defendant.** | NO. 22-2894 |

## O R D E R

**AND NOW**, this 13th day of August, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 19), the responses thereto (ECF Nos. 20, 23), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that Defendant's Motion (ECF No. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and the Clerk of Court shall mark this matter as **CLOSED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**